**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

4:04-cv-01717-BRW   Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW   Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW   Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW   Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW   Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW   Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW   Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW   Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW   Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW   Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW   Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW   Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW   Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW   Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW   Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW   Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW   Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW   Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW   Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW   Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW   Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW   Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW   Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW   Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW   Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW   Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW   Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW   Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW   Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW   Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW   Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW   Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW   Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW   Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW   Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW   Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW   Israel v. Wyeth, et al
4:05-cv-00355-BRW   Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW   Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW   Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al

4:05-cv-01897-BRW   Hoen v. Wyeth et al
4:05-cv-01925-BRW   Williams v. Wyeth Inc et al
4:05-cv-01933-BRW   Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW   Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW   Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW   Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW   Salois v. Wyeth Inc et al
4:06-cv-00028-BRW   Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW   Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW   Johnson et al v. Wyeth et al

4:06-cv-00052-BRW   Kern et al v. Wyeth et al
4:06-cv-00054-BRW   Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW   Norwood et al v. Wyeth et al
4:06-cv-00065-BRW   Hughes et al v. Wyeth et al
4:06-cv-00066-BRW   Mattison et al v. Wyeth et al

4:06-cv-00067-BRW   Brous et al v. Wyeth et al
4:06-cv-00102-BRW   Conza v. Wyeth Inc et al
4:06-cv-00103-BRW   O'Toole v. Wyeth et al
4:06-cv-00120-BRW   Roffman et al v. Wyeth et al
4:06-cv-00138-BRW   Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW   Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW   Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW   Minschew v. Wyeth et al
4:06-cv-00154-BRW   Sochan et al v. Wyeth et al
4:06-cv-00161-BRW   Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW   Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW   Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW   Pow et al v. Wyeth et al
4:06-cv-00222-BRW   Miller v. Wyeth et al
4:06-cv-00230-BRW   Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW   Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW   White v. Wyeth et al
4:06-cv-00271-BRW   Purcell et al v. Wyeth et al
4:06-cv-00278-BRW   Witcher et al v. Wyeth et al
4:06-cv-00301-BRW   Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW   Clark v. Wyeth et al
4:06-cv-00304-BRW   Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW   Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW   Fallman v. Wyeth et al
4:06-cv-00309-BRW   Coppock v. Wyeth et al

4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al

4:06-cv-00625-BRW  Falcone et al v. Wyeth et al
4:06-cv-00626-BRW  Ryan et al v. Wyeth et al
4:06-cv-00631-BRW  Handshy et al v. Wyeth et al
4:06-cv-00634-BRW  Bowers et al v. Wyeth et al
4:06-cv-00637-BRW  Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW  West et al v. Wyeth et al
4:06-cv-00640-BRW  Moritz v. Wyeth et al
4:06-cv-00642-BRW  Anderson et al v. Wyeth et al
4:06-cv-00643-BRW  Beatty et al v. Wyeth et al
4:06-cv-00644-BRW  Groh et al v. Wyeth et al

4:06-cv-00648-BRW  Troy v. Wyeth et al
4:06-cv-00650-BRW  Jackson v. Wyeth et al
4:06-cv-00651-BRW  Starnes v. Wyeth et al
4:06-cv-00686-BRW  Hunter v. Wyeth et al
4:06-cv-00691-BRW  Robinson v. Wyeth et al

4:06-cv-00693-BRW  Schexnayder v. Wyeth et al
4:06-cv-00694-BRW  Przybysz v. Wyeth et al
4:06-cv-00698-BRW  Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW  Gillette et al v. Wyeth et al
4:06-cv-00700-BRW  Gray et al v. Wyeth et al

4:06-cv-00701-BRW  Miles et al v. Wyeth et al
4:06-cv-00703-BRW  Casteel v. Wyeth et al
4:06-cv-00705-BRW  Harvey v. Wyeth et al
4:06-cv-00706-BRW  Morgan v. Wyeth et al
4:06-cv-00707-BRW  Mercer v. Wyeth et al

4:06-cv-00708-BRW  Brown v. Wyeth et al
4:06-cv-00711-BRW  Fairbairn v. Wyeth et al
4:06-cv-00713-BRW  Glahn v. Wyeth et al
4:06-cv-00724-BRW  Harrison v. Wyeth et al
4:06-cv-00725-BRW  Moody v. Wyeth et al

4:06-cv-00734-BRW  Baker v. Wyeth et al
4:06-cv-00744-BRW  Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW  Schons v. Wyeth et al
4:06-cv-00766-BRW  Kibat v. Wyeth et al
4:06-cv-00767-BRW  Grosor v. Wyeth et al

4:06-cv-00768-BRW  Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW  Taylor v. Wyeth et al
4:06-cv-00778-BRW  Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW  Pedicone v. Wyeth et al
4:06-cv-00786-BRW  Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW Ulmen v. Wyeth et al
4:06-cv-00791-BRW Newland v. Wyeth et al
4:06-cv-00792-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW Easley v. Wyeth et al
4:06-cv-00795-BRW Hodge v. Wyeth et al

4:06-cv-00796-BRW Klauck v. Wyeth et al
4:06-cv-00798-BRW Patterson v. Wyeth et al
4:06-cv-00799-BRW Massey et al v. Wyeth et al
4:06-cv-00802-BRW Hughes et al v. Wyeth et al
4:06-cv-00804-BRW Laines v. Wyeth et al

4:06-cv-00808-BRW Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW Jones v. Wyeth Inc et al
4:06-cv-00823-BRW Reingold v. Wyeth et al
4:06-cv-00824-BRW Crittenden v. Wyeth et al

4:06-cv-00840-BRW Peoples v. Wyeth et al
4:06-cv-00852-BRW Bradley et al v. Wyeth et al
4:06-cv-00854-BRW Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW Whitman v. Wyeth et al

4:06-cv-00875-BRW Turner v. Wyeth et al
4:06-cv-00885-BRW Townsend v. Wyeth et al
4:06-cv-00888-BRW Elliott v. Wyeth et al
4:06-cv-00889-BRW Hare v. Wyeth et al
4:06-cv-00890-BRW Olive v. Wyeth et al

4:06-cv-00891-BRW Hayes v. Wyeth et al
4:06-cv-00894-BRW Wadkins v. Wyeth et al
4:06-cv-00895-BRW Portrey v. Wyeth et al
4:06-cv-00896-BRW Branton v. Wyeth et al
4:06-cv-00897-BRW McKay v. Wyeth et al

4:06-cv-00901-BRW Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW Frazier v. Wyeth et al
4:06-cv-00905-BRW Gustin v. Wyeth et al
4:06-cv-00906-BRW Mueller v. Wyeth et al
4:06-cv-00907-BRW Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW Long v. Wyeth et al
4:06-cv-00917-BRW Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW Schmitt v. Wyeth et al
4:06-cv-00935-BRW Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW Huddleston v. Wyeth et al

4:06-cv-00950-BRW Morgan v. Wyeth et al
4:06-cv-00955-BRW Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW St John et al v. Wyeth et al
4:06-cv-00958-BRW Griffin v. Wyeth et al
4:06-cv-00964-BRW Meade v. Wyeth

4:06-cv-00969-BRW Ennis v. Wyeth et al
4:06-cv-00971-BRW Howard v. Wyeth et al
4:06-cv-00972-BRW Cook v. Wyeth et al
4:06-cv-00973-BRW Labelle v. Wyeth et al
4:06-cv-00974-BRW Wright v. Wyeth et al

4:06-cv-00976-BRW Pyle v. Wyeth et al
4:06-cv-00978-BRW Storch v. Wyeth et al
4:06-cv-00979-BRW Ray v. Wyeth et al
4:06-cv-00984-BRW Irwin v. Wyeth et al
4:06-cv-00991-BRW Fonseca v. Wyeth et al

4:06-cv-00992-BRW Burns v. Wyeth et al
4:06-cv-01016-BRW Dold et al v. Wyeth et al
4:06-cv-01020-BRW Malmstrom v. Wyeth et al
4:06-cv-01024-BRW Ritchie v. Wyeth et al
4:06-cv-01030-BRW Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW Armstrong v. Wyeth et al
4:06-cv-01040-BRW Fields v. Wyeth et al
4:06-cv-01041-BRW Watson v. Wyeth et al
4:06-cv-01042-BRW Smith v. Wyeth et al
4:06-cv-01043-BRW Samples v. Wyeth et al

4:06-cv-01044-BRW Adkisson v. Wyeth et al
4:06-cv-01050-BRW Klocek v. Wyeth et al
4:06-cv-01052-BRW Pepperdine v. Wyeth et al
4:06-cv-01058-BRW Bloodgood v. Wyeth et al
4:06-cv-01059-BRW Thebeau v. Wyeth, et al

4:06-cv-01060-BRW Dorsett v. Wyeth et al
4:06-cv-01062-BRW Gray v. Wyeth et al
4:06-cv-01064-BRW Worley v. Wyeth et al
4:06-cv-01065-BRW Roach v. Wyeth et al
4:06-cv-01067-BRW Newhouse v. Wyeth et al

4:06-cv-01068-BRW Baker v. Wyeth et al
4:06-cv-01070-BRW Schmick v. Wyeth et al
4:06-cv-01071-BRW Gant v. Wyeth et al
4:06-cv-01072-BRW Hawemann v. Wyeth et al
4:06-cv-01075-BRW Ross v. Wyeth Inc et al

4:06-cv-01080-BRW Nelson et al v. Wyeth et al
4:06-cv-01081-BRW Baker v. Wyeth et al
4:06-cv-01086-BRW Campbell v. Wyeth et al
4:06-cv-01092-BRW Ghorley v. Wyeth et al
4:06-cv-01093-BRW Pannell v. Wyeth et al

4:06-cv-01096-BRW Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW Hill v. Wyeth et al
4:06-cv-01118-BRW Gavino v. Wyeth et al
4:06-cv-01121-BRW Frandsen v. Wyeth et al

4:06-cv-01124-BRW Williams v. Wyeth et al
4:06-cv-01126-BRW Hatcher v. Wyeth et al
4:06-cv-01128-BRW Furber v. Wyeth et al
4:06-cv-01129-BRW Edris v. Wyeth et al
4:06-cv-01131-BRW Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW Paradis v. Wyeth et al
4:06-cv-01145-BRW Morris et al v. Wyeth et al
4:06-cv-01163-BRW Burgett v. Wyeth et al
4:06-cv-01164-BRW Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW Jones et al v. Wyeth et al

4:06-cv-01169-BRW Bickel et al v. Wyeth et al
4:06-cv-01171-BRW Merwin et al v. Wyeth et al
4:06-cv-01172-BRW Taylor v. Wyeth et al
4:06-cv-01176-BRW Thrift v. Wyeth et al
4:06-cv-01181-BRW Billeau et al v. Wyeth et al

4:06-cv-01182-BRW Boelk et al v. Wyeth et al
4:06-cv-01183-BRW Flores et al v. Wyeth et al
4:06-cv-01191-BRW Bross v. Wyeth et al
4:06-cv-01199-BRW Ulmer v. Wyeth et al
4:06-cv-01206-BRW Wilson v. Wyeth et al

4:06-cv-01207-BRW Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW George et al v. Wyeth et al
4:06-cv-01210-BRW Seaton et al v. Wyeth et al
4:06-cv-01213-BRW Johnson v. Wyeth et al
4:06-cv-01216-BRW Grindle et al v. Wyeth et al

4:06-cv-01218-BRW Garcia et al v. Wyeth et al
4:06-cv-01221-BRW Brege v. Wyeth et al
4:06-cv-01226-BRW Baena et al v. Wyeth et al
4:06-cv-01229-BRW Weston et al v. Wyeth et al
4:06-cv-01230-BRW Walrod v. Wyeth et al

4:06-cv-01232-BRW Sellepack v. Wyeth et al
4:06-cv-01234-BRW Roe v. Wyeth et al
4:06-cv-01235-BRW Roberts v. Wyeth et al
4:06-cv-01236-BRW Patten v. Wyeth et al
4:06-cv-01237-BRW Mullins et al v. Wyeth et al

4:06-cv-01239-BRW Melendez v. Wyeth et al
4:06-cv-01240-BRW Morgan et al v. Wyeth et al
4:06-cv-01242-BRW Long et al v. Wyeth et al
4:06-cv-01243-BRW Killian et al v. Wyeth et al
4:06-cv-01244-BRW Carll v. Wyeth et al

4:06-cv-01245-BRW Ayers v. Wyeth et al
4:06-cv-01246-BRW Mancini v. Wyeth et al
4:06-cv-01247-BRW Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW Hamm v. Wyeth et al

4:06-cv-01251-BRW McClellan v. Wyeth et al
4:06-cv-01253-BRW O'Neil v. Wyeth et al
4:06-cv-01258-BRW Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW Stamper et al v. Wyeth et al
4:06-cv-01275-BRW Jansky v. Wyeth et al

4:06-cv-01277-BRW Dewey v. Wyeth et al
4:06-cv-01281-BRW Shay v. Wyeth et al
4:06-cv-01283-BRW Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW Lantz et al v. Wyeth et al
4:06-cv-01355-BRW Dane v. Wyeth Inc et al

4:06-cv-01360-BRW Blevins et al v. Wyeth et al
4:06-cv-01361-BRW Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW Darby et al v. Wyeth et al
4:06-cv-01371-BRW Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW Kruse et al v. Wyeth et al

4:06-cv-01389-BRW Martin v. Wyeth Inc et al
4:06-cv-01404-BRW Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW Acard v. Wyeth et al
4:06-cv-01416-BRW Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW Scherer et al v. Wyeth et al

4:06-cv-01422-BRW Newman et al v. Wyeth et al
4:06-cv-01424-BRW Keith v. Wyeth et al
4:06-cv-01454-BRW Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW Henry v. Pfizer Inc et al

4:06-cv-01521-BRW Galloway v. Wyeth et al
4:06-cv-01544-BRW Romel v. Wyeth et al
4:06-cv-01549-BRW Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW Rister v. Wyeth Inc et al
4:06-cv-01655-BRW Groethe v. Wyeth et al
4:06-cv-01681-BRW Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW Williams v. Wyeth Inc et al
4:06-cv-01698-BRW McCandless v. Wyeth et al

4:07-cv-00001-BRW Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW Collins v. Wyeth et al
4:07-cv-00104-BRW Arnold v. Wyeth et al
4:07-cv-00105-BRW Cox v. Wyeth et al

4:07-cv-00108-BRW Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW Cook et al v. Wyeth et al
4:07-cv-00127-BRW Becker v. Wyeth et al
4:07-cv-00128-BRW Doctors v. Wyeth et al

4:07-cv-00167-BRW Miller v. Wyeth
4:07-cv-00168-BRW Gabriel v. Wyeth
4:07-cv-00169-BRW Llana v. Wyeth et al
4:07-cv-00170-BRW Godwin v. Wyeth et al
4:07-cv-00182-BRW Howard v. Wyeth et al

4:07-cv-00188-BRW Vara et al v. Wyeth et al
4:07-cv-00190-BRW Podesta v. Wyeth et al
4:07-cv-00226-BRW Martinez v. Wyeth et al
4:07-cv-00230-BRW Read v. Wyeth et al
4:07-cv-00248-BRW Lawson v. Wyeth et al

4:07-cv-00293-BRW Fegley v. Wyeth et al
4:07-cv-00295-BRW Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW Fitzner v. Wyeth et al
4:07-cv-00322-BRW Moe v. Wyeth et al
4:07-cv-00325-BRW Mullins et al v. Wyeth et al

4:07-cv-00336-BRW Gilley v. Wyeth et al
4:07-cv-00431-BRW Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW Marshall v. Wyeth et al
4:07-cv-00465-BRW Wagner v. Wyeth et al
4:07-cv-00466-BRW Swanson v. Wyeth et al

4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW   Ranallo v. Wyeth et al
4:08-cv-00045-BRW   Mongeon v. Wyeth et al
4:08-cv-00054-BRW   Asbury v. Wyeth et al
4:08-cv-00055-BRW   D'Andrea v. Wyeth et al
4:08-cv-00063-BRW   McCall v. Wyeth Inc et al

4:08-cv-00080-BRW   Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW   Rutledge v. Wyeth et al
4:08-cv-00113-BRW   Gaw v. Wyeth et al
4:08-cv-00125-BRW   Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW   Beier v. Wyeth et al

4:08-cv-00135-BRW   Marsa v. Wyeth et al
4:08-cv-00173-BRW   Wilkerson v. Wyeth et al
4:08-cv-00177-BRW   Willis v. Wyeth et al
4:08-cv-00178-BRW   McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW   Mink v. Wyeth Inc et al

4:08-cv-00186-BRW   Pecci v. Wyeth et al
4:08-cv-00192-BRW   Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW   Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW   Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW   Dake v. Pfizer Inc et al

4:08-cv-00248-BRW   Cottrell v. Wyeth et al
4:08-cv-00251-BRW   Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW   Garfinkle v. Wyeth et al
4:08-cv-00256-BRW   Singleton v. Wyeth et al
4:08-cv-00258-BRW   Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW   Tucker v. Wyeth et al
4:08-cv-00263-BRW   Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW   Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW   Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW   Joffrion v. Wyeth et al

4:08-cv-00289-BRW   Hill v. Wyeth et al
4:08-cv-00296-BRW   Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW   Ogens v. Wyeth et al
4:08-cv-00310-BRW   Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW   Duke v. Wyeth et al

4:08-cv-00312-BRW   Brinkley v. Wyeth et al
4:08-cv-00313-BRW   Case v. Wyeth et al
4:08-cv-00314-BRW   Deavers v. Wyeth et al
4:08-cv-00322-BRW   Martin v. Wyeth et al
4:08-cv-00330-BRW   Reed v. Wyeth et al

4:08-cv-00332-BRW  Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW  Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW  Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW  Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW  Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW  Grace v. Wyeth et al
4:08-cv-00396-BRW  Trost v. Wyeth et al
4:08-cv-00418-BRW  Zidlick v. Wyeth et al
4:08-cv-00420-BRW  Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW  Hall v. Wyeth et al

4:08-cv-00445-BRW  Sharp et al v. Wyeth et al
4:08-cv-00461-BRW  Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW  Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW  Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW  Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW  Harrison et al v. Wyeth et al
4:08-cv-00554-BRW  Miller v. Wyeth et al
4:08-cv-00565-BRW  Lowe v. Wyeth et al
4:08-cv-00605-BRW  Stedman et al v. Wyeth et al
4:08-cv-00625-BRW  Stoe et al v. Wyeth et al

4:08-cv-00632-BRW  Sauer et al v. Wyeth et al
4:08-cv-00678-BRW  Harwell v. Wyeth et al
4:08-cv-00693-BRW  Erger v. Wyeth et al
4:08-cv-00776-BRW  Carpenter v. Wyeth et al
4:08-cv-00859-BRW  Mills v. Wyeth et al

4:08-cv-00863-BRW  Savage v. Wyeth et al
4:08-cv-00867-BRW  Camp v. Wyeth et al
4:08-cv-00869-BRW  Touchstone v. Wyeth et al
4:08-cv-00872-BRW  Scholl v. Wyeth et al
4:08-cv-00874-BRW  Valovich v. Wyeth et al

4:08-cv-00923-BRW  Williams v. Wyeth Inc et al
4:08-cv-01079-BRW  Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW  Bogler v. Wyeth et al
4:08-cv-01086-BRW  Haber v. Wyeth et al
4:08-cv-01161-BRW  Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW  Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW  Steinhardt v. Wyeth et al
4:08-cv-01195-BRW  Pruett et al v. Wyeth et al
4:08-cv-01211-BRW  Bot v. Wyeth et al
4:08-cv-01246-BRW  Shaker v. Wyeth et al

4:08-cv-01250-BRW McCann v. Wyeth et al
4:08-cv-01284-BRW Andres et al v. Wyeth et al
4:08-cv-01297-BRW Lunde et al v. Wyeth
4:08-cv-01310-BRW Daher v. Wyeth et al
4:08-cv-01316-BRW Perez v. Wyeth Inc

4:08-cv-01361-BRW Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW Jones v. Wyeth et al
4:08-cv-01414-BRW Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW Bortel v. Wyeth et al
4:08-cv-01445-BRW Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW Griesing v. Wyeth et al
4:08-cv-01447-BRW Hoffman v. Wyeth et al

4:08-cv-01448-BRW Kelly v. Wyeth et al
4:08-cv-01449-BRW Larson v. Wyeth et al
4:08-cv-01522-BRW Adkins v. Wyeth et al
4:08-cv-01548-BRW Olson v. Wyeth et al
4:08-cv-01552-BRW Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW Francis v. Pfizer Inc et al
4:08-cv-01815-BRW Love v. Wyeth Inc et al
4:08-cv-01817-BRW Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW Ruggles v. Wyeth et al
4:08-cv-01819-BRW Martino et al v. Wyeth et al

4:08-cv-01820-BRW Green et al v. Wyeth et al
4:08-cv-01821-BRW Geyer et al v. Wyeth et al
4:08-cv-01833-BRW Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW Gray et al v. Wyeth et al

4:08-cv-01840-BRW Reed et al v. Wyeth et al
4:08-cv-01841-BRW Fox v. Wyeth et al
4:08-cv-01842-BRW Bowling v. Wyeth et al
4:08-cv-01858-BRW Long v. Wyeth et al
4:08-cv-01859-BRW Surenyan v. Wyeth et al

4:08-cv-01863-BRW Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW McClain v. Wyeth Inc et al
4:08-cv-01883-BRW Micheletti et al v. Wyeth Inc et al